# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIO VAZQUEZ-REYES,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents.

Case No. 2:26-cv-02407-APG-DJA

**Order Dismissing and Closing Duplicative Proceeding**

Petitioner Mario Vazquez-Reyes, an immigration detainee who is challenging his ongoing federal detention at Nevada Southern Detention Center, has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1-1.  On July 27, 2026, Petitioner filed another habeas proceeding by submitting a substantially similar § 2241 petition challenging his immigration detention. *See Vazquez-Reyes v. Blanche*, Case No. 2:26-cv-02298-MMD-EJY. Because the petition in this case is substantially identical to that filed in the 02298 case, I find this is an independent basis to dismiss this case without prejudice and without leave to amend. *Cf. Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (explaining that district courts are empowered to dismiss a civil complaint that merely repeats pending or previously litigated claims).

I THEREFORE ORDER that this habeas proceeding is **DISMISSED without prejudice** to Mario Vazquez-Reyes's ability to pursue relief in his earlier-filed habeas proceeding styled *Vazquez-Reyes v. Blanche*, Case No. 2:26-cv-02298-MMD-EJY.

I FURTHER ORDER that the petition in this case **(ECF No. 1-1) is DENIED**.

/ / / /

I FURTHER ORDER the Clerk of Court to close this case.  No other documents may be filed in this now-closed case.

Dated: August 6, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2